UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL JOHNSON, | No. 2:23-cv-1934 CKD P |
| Petitioner, | |
| v. | ORDER |
| D. BREWER, | |
| Respondent. | |

Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has not, however, filed a request to proceed in forma pauperis or paid the $5.00 filing fee. See 28 U.S.C. §§ 1914(a); 1915(a).

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, a request to proceed in forma pauperis on the form to be provided by the Clerk of the Court or the $5.00 filing fee. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed.

/////

/////

/////

/////

1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated: September 27, 2023

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/hh
john1934.101a