PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DARRELL JOHNSON, | CASE NO. 2:23-CV-01934-CKD |
|---|---|
| Petitioner, | |
| v. | ORDER |
| D. BREWER, et al., | |
| Respondent. | |

On December 15, 2023, Respondent requested an extension of time to January 31, 2024, to file its response or motion to dismiss.

IT IS HEREBY ORDERED that the Respondent's request for an extension is granted. The response is now due January 31, 2024. As this is the second request for an extension of time, identical to the first, no further extensions of time will be authorized.

Dated: December 19, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE